FILED
May 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____
        Deputy Clerk





U.S. Department of Justice
United States Attorney

# United States District Court
# Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | **6:25-CR-00139(4)** |
| ) | |
| (4) MICHAEL PAUL MARTINEZ ) | |

## ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been filed against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Waco Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Recommended Amount of Bail |
|---|---|
| MICHAEL PAUL MARTINEZ | NO BOND |

ENTERED at Waco, Texas, this 13th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE